**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

UNITED STATES OF AMERICA ,

        Plaintiff,

  vs.

LISA N. SUMPTER,

        Defendant.

:
    Case No.  3:19cr137(17)
:

:    Judge Walter H. Rice

:

:

## ORDER RELEASING DEFENDANT FROM CUSTODY

Pursuant to the record made on a telephone call on March 23, 2020, it is hereby

ordered that defendant is to be released from custody at the Miami County Jail at 9:00

a.m. on Tuesday, March 24, 2020, in order to allow her to attend in-patient treatment at

Woodhaven Residential Treatment Center, 1Fransican Way, Dayton, Ohio 45402. The

defendant is to be picked up from the Miami County Jail by her attorney, Steven Justice,

and taken directly to Woodhaven Residential Treatment Center to begin her in-patient

treatment, for a period of ninety (90) days.

March 23, 2020

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Pretrial Services Officer
Counsel of Record
United States Marshal Service
Miami County Jail