# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, | Case No. 3:19cr137(17) |
| vs. : | |
| : | Judge Walter H. Rice |
| LISA N. SUMPTER, : | |
| Defendant. : | |

---

### ORDER RELEASING DEFENDANT FROM CUSTODY

---

For good cause shown (the defendant presently residing in a ninety day drug treatment program), the arrest warrant issued on March 13, 2020, is withdrawn and is not to be served upon defendant.

March 27, 2020  /s/ Walter H. Rice
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
U.S. Marshal Office
Butler County Jail