IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  3:19cr137(17) |
| Plaintiff, | JUDGE WALTER H. RICE |
| v. | |
| LISA N. SUMPTER, | |
| Defendant. | |

ENTRY REFERRING DEFENDANT TO DR. MASSIMO De MARCHIS, PSY.D., FOR AN EXAMINATION TO DETERMINE PRESENT MENTAL STATUS OF DEFENDANT, PURSUANT TO 18 U.S.C.§3552(c); PROCEDURES ORDERED OF COUNSEL; REQUEST OF DR. De MARCHIS AND OF COUNSEL

This Court, on its own motion and with the full concurrence of both government counsel and counsel for defendant, refers the defendant to Dr. Massimo De Marchis, Psy.D., for a determination of defendant's present mental status, pursuant to 18 United States Code §3552(c), and for a report of said evaluation.

It is the request of this Court that counsel for the defendant and the government furnish Dr. De Marchis with any materials and/or statements they wish within seven days from date of this Entry.  For its part, the Court will furnish the pre-sentence investigation report to Dr. De Marchis.

It is the request of this Court that the personnel at the Butler County Jail do all within their power in facilitating this request.

Dr. De Marchis should delay any evaluation until expiration of the seven-day period.

Dated: November 10, 2020

*Walter H. Rice* (tp - per Judge Rice authorization after his review)

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copy to:
Counsel of record
United States Marshals Office
Butler County Jail